2021 JAN -6 PM 4: 33
BY________________



## IN THE SUPERIOR COURT OF GUAM

MICHELLE ESPERON,

               Petitioner,

vs.

DEPARTMENT OF PUBLIC HEALTH AND
SOCIAL SERVICES

GOVERNMENT OF GUAM,

               Respondents.

Superior Court Case No. **SP0135-20**

**DECISION AND ORDER
RE MOTION FOR RECONSIDERATION**

The Court here considers Petitioner Michelle Esperon Motion for Reconsideration of the Court's October 21, 2020 Decision and Order which granted DPHSS' Motion to Dismiss. Under Guam Rule of Civil Procedure 59(e), reconsideration may be granted where the trial court "(1) is presented with new evidence; (2) committed clear error or the decision was manifestly unjust; or (3) if there is an intervening change in controlling law." *Ward v. Reyes*, 1998 Guam 1 ¶ 10.

Esperon's motion claims that the Court erred in not considering the merits of her Writ of Habeas Corpus; however, Esperon withdrew that Writ on September 23, 2020. *See* Minute Entry (Sep. 23, 2020). Esperon subsequently filed an Amended Verified Petition for a Writ of Mandamus, which the Court analyzed in its Decision and Order and dismissed.

Since Esperon withdrew her Writ of Habeas Corpus, the allegations that she claims the Court failed to consider were no longer before the Court. Moreover, the allegations in her original Petition were superseded by the act of amendment. *See Valadez-Lopez v. Chertoff*, 656

ORIGINAL

F.3d 851, 857 (9th Cir. 2011) ("it is well-established that an amended complaint supersedes the original, the latter being treated thereafter as non-existent").

As her Petition for Writ of Habeas Corpus has been withdrawn and superseded, the Court committed no error in confining its analysis to her mandamus claims. Accordingly, the Court DENIES the Motion for Reconsideration.

SO ORDERED this 6th day of January 2021.

_____
**HON. ELYZE M. IRIARTE**
**Judge, Superior Court of Guam**

Appearing Attorneys:
Rachel Taimanao-Ayuyu, Esq., for Petitioner Michelle Esperon
Deputy Attorney General James L. Canto, II, Esq., Office of the Attorney General, for the
        Department of Public Health and Social Services
Assistant Public Defender John Morrison, Esq., appointed pursuant to the September 25, 2020
        General Order in SP0127-20 to represent persons under quarantine

ORIGINAL